GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: SAMUEL DOLINGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2677
E-mail: samuel.dolinger@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMEPHIS PEREZ,<br><br>                               Plaintiff,<br><br>                -v-<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>                               Defendant. | 19 Civ. 3154 (PGG) (JLC)<br><br>**NOTICE OF MOTION** |

       PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment, and the Declaration of Toni Fuentes and the attached exhibit, Defendant U.S. Immigration and Customs Enforcement, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby moves this Court for an order granting summary judgment in its favor under Rule 56 of the Federal Rules of Civil Procedure.

       PLEASE TAKE FURTHER NOTICE that, pursuant to the order of Magistrate Judge James L. Cott dated January 13, 2020, Plaintiff's deadline to file a combined opposition to the government's motion and any cross-motion for summary judgment is March 20, 2020; the government's deadline to file a combined reply in support of its motion and opposition to any

cross-motion is April 3, 2020; and Plaintiff's deadline to file a reply in support of any cross-motion is April 17, 2020. Dkt. No. 25.

Dated: February 21, 2020
New York, New York

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:   /s/ Samuel Dolinger
SAMUEL DOLINGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2677
E-mail: samuel.dolinger@usdoj.gov