UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMEPHIS PEREZ,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　　Defendant. | Civil Action<br><br>Docket No. 19 Civ. 3154 (PGG)(JLC)<br><br>**SUPPLEMENTAL NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Plaintiff's Memorandum of Law in Further Support of His Motion for Summary Judgment and Cross-Motion to Strike and in Opposition to Defendant's Motions to Strike and for Summary Judgment, and the Second Declaration of Kamephis Perez and the attached exhibits, Plaintiff Kamephis Perez, appearing *pro se*, hereby moves this Court for an order granting summary judgment in his favor under Rule 56 of the Federal Rules of Civil Procedure, and for an order striking Plaintiff's Reply Memorandum of Law in Support of Its Motion for Summary Judgment and in Support of its Motion to Strike, and in Opposition to Plaintiff's Cross-Motion for Summary Judgment for failure to comply with the Court's individual practices.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), Defendant's deadline to file a reply in opposition to Plaintiff's Cross-Motion to Strike is May 1, 2020.

Dated:　New York, NY
　　　　　April 17, 2020

By:　_/s/ Kamephis Perez_
　　　Kamephis Perez
　　　*Defendant, pro se*
　　　510 East 6th Street
　　　Apt. D2
　　　New York, NY 10009
　　　786-837-6055
　　　Kamephis.Perez@gmail.com