# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KAMEPHIS PEREZ,

                   Plaintiff,                           19 **CIVIL** 3154 (PGG)

      -against-                              **JUDGMENT**

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,
                 Defendant.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 8, 2020, Judge Cott's R&R is adopted in its entirety. Defendant's motion for summary judgment is granted, and Plaintiff's cross-motion for summary judgment is denied. The parties' cross-motions to strike are denied; accordingly, the case is closed.

**Dated:**  New York, New York
           September 8, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                       **Clerk of Court**
                                 **BY:**  *K. Mango*
                                                      _____
                                                        **Deputy Clerk**